**Robert DAVIS, individually and on behalf of his wife, Victoria Davis, his two children, Robert and Janel Davis, and Jane Jensen, Appellees,**

v.

**Michael V. REAGEN, individually and as Commissioner of the Iowa Department of Social Services, Appellant.**

No. 80–1246.

United States Court of Appeals, Eighth Circuit.

Oct. 1, 1980.

Thomas J. Miller, Atty. Gen., of Iowa, Des Moines, Iowa, John G. Black, Sp. Asst. Atty. Gen., Stephen C. Robinson, Asst. Atty. Gen., Des Moines, Iowa, for appellant.

Mark S. Schaffner, HELP Legal Assistance, Davenport, Iowa, Sherry J. Leiwant, Adele M. Blong, Center on Social Welfare Policy and Law, New York City, Michael B. Trister, Sobol & Trister, Washington, D. C., for appellees.

## ORDER

Robert Davis, et al., plaintiffs-appellees, move to recall the mandate previously issued in this case, *see Davis v. Reagen*, 630 F.2d 1299 (8th Cir. 1980), so that we may consider their application for attorneys' fees and litigation expenses for appellate work performed in this civil rights case. In an earlier application to the district court, the court denied relief, stating:

> The Court does not believe it proper for the trial court to consider fees to be allowed for appellate work and has not included any allowance for such work. Plaintiff may make application to the Circuit Court of Appeals for fees for services performed in that court. [*Davis v. Reagen*, Civ. No. 78–106–D, slip op. at 2 (S.D.Ia. Apr. 21, 1981).]

On prior occasions this court has referred such applications to the district court. *See Hameed v. International Association of Bridge, Structural and Ornamental Iron Workers, Local Union No. 396*, 637 F.2d 506, 524 (8th Cir. 1980). We do so in this case inasmuch as the appeal has already been terminated. We request that the district court reconsider and determine appellees' request for attorneys' fees and litigation expenses incurred on appeal.

Accordingly, we deny without prejudice appellees' motion to recall the mandate and to award attorneys' fees.